GARY M. RESTAINO
United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

FILED

2022 APR 27 PM 7: 01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR21-01864 TUC-SHR(DTF) |
|---|---|
| Plaintiff, | **S U P E R S E D I N G<br>I N D I C T M E N T**<br>**(S E A L E D)** |
| vs. | Violations: |
| 1. Jesus Humberto Limon-Lopez,<br>a/k/a Chubeto<br>a/k/a Cazador<br>a/k/a Noveno<br>Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 | 21 U.S.C. § 848<br>(Continuing Criminal Enterprise)<br>Count 1 |
| 2. Jose Bibiano Cabrera-Cabrera,<br>a/k/a Durango<br>Counts 2, 3, 11 | 21 U.S.C. § 846<br>(Conspiracy to Distribute<br>Methamphetamine, Fentanyl, Heroin,<br>and Cocaine)<br>Count 2 |
| 3. Alberto Guadalupe Corona-Salazar,<br>a/k/a Rata<br>Counts 2, 3, 11 | 21 U.S.C. § 963<br>(Conspiracy to Import<br>Methamphetamine, Fentanyl, Heroin,<br>and Cocaine)<br>Count 3 |
| Defendants. | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(viii)<br>(Distribution of Methamphetamine)<br>Counts 4, 5, 7 |
| | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)(vi)<br>(Distribution of Fentanyl)<br>Count 6 |
| | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(vi)<br>(Distribution of Fentanyl)<br>Count 8 |

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(i)
(Distribution of Heroin)
Count 9

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II)
(Distribution of Cocaine)
Count 10

18 U.S.C. §§ 371, 554
(Conspiracy to Unlawfully Export Firearms and Ammunition)
Count 11

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning in or about 2014, the exact date being unknown to the Grand Jury, and continuously thereafter up through and including June 11, 2021, within the District of Arizona and elsewhere, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto, a/k/a Cazador, a/k/a Noveno, did unlawfully, knowingly, and intentionally engage in a continuing criminal enterprise in that he unlawfully, knowingly, and intentionally violated Title 21, United States Code, Sections 841, 846, and 963, which violations include, but are not limited to, the substantive controlled substance violations of Distribution of Methamphetamine, as alleged in Counts 4, 5, and 7; Distribution of Fentanyl, as alleged in Counts 6 and 8; Distribution of Heroin, as alleged in Count 9; and Distribution of Cocaine, as alleged in Count 10, which violations of said statutes were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq., undertaken by JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto, a/k/a Cazador, a/k/a Noveno in concert with at least five other persons with respect to whom JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto, a/k/a Cazador, a/k/a Noveno occupied a position of organizer, supervisor, and manager, and from which such continuing series of violations JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto, a/k/a Cazador, a/k/a Noveno obtained substantial income and resources.

Furthermore, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto, a/k/a Cazador, a/k/a Noveno was a principal administrator, organizer, supervisor, and leader of the criminal enterprise, which involved possession with intent to distribute and distribution of mixtures and substances containing a detectable amount of methamphetamine, a schedule II controlled substance; fentanyl, a schedule II controlled substance; heroin, a schedule I controlled substance; and cocaine, a schedule II controlled substance; and the amount of said mixtures and substances was at least 300 times the quantity of substances listed in Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 848(a) and (b).

## COUNT 2

Beginning in or about 2014 and continuing to on or about June 11, 2021, in the District of Arizona, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, JOSE BIBIANO CABRERA-CABRERA a/k/a Durango, and ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii); 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); one (1) kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

//

## COUNT 3

Beginning in or about 2014 and continuing to on or about June 11, 2021, in the District of Arizona and elsewhere JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, JOSE BIBIANO CABRERA-CABRERA a/k/a Durango, and ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(H); 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(F); one (1) kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about March 4, 2019, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

//

## COUNT 5

On or about August 14, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 6

On or about August 14, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 7

On or about September 17, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 8

On or about September 17, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21,

United States Code, Section 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 9

On or about September 17, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 10

On or about October 5, 2020, in the District of Arizona, the defendant, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, did knowingly and intentionally distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (co-conspirator liability).

## COUNT 11

From a time unknown to on or about June 11, 2021, in the District of Arizona, JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno, JOSE BIBIANO CABRERA-CABRERA a/k/a Durango, and ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata, did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States any merchandise, object, and article contrary to law and regulation of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, that is firearms, ammunition, and firearm

*United States of America v. Jesus Humberto Limon-Lopez, et al*
*Superseding Indictment Page 6 of 8*

components; and to receive, conceal, buy, sell, and in any other manner facilitate the transportation, concealment, and sale of said firearms, ammunition, and firearm components, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554.

## Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition, and firearm components from the United States into the Republic of Mexico. The firearms, ammunition, and firearm components smuggled or intended to be smuggled in the course of this conspiracy include, but are not limited to: M60 belt-fed machine guns; an M134 Minigun rotary machine gun; M203 grenade launchers; AR-15 rifles; and AK-47 rifles.

## The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was a part of the conspiracy that these defendants would work to acquire firearms on behalf of other defendants and/or co-conspirators.

It was a further part of the conspiracy that, following each firearm acquisition, the acquiring defendant would transfer possession of the firearm(s) to other defendants or co-conspirators.

It was a further part of the conspiracy that the defendants and/or their co-conspirators would take possession of, and/or transport the firearms, ammunition, and firearm components within the District of Arizona with the knowledge that the firearms, ammunition, and firearm components were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the ammunition and other objects from the United States into the Republic of Mexico.

It was a further part of the conspiracy that the defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms, ammunition, and firearm components from the United States into the Republic of Mexico.

### Overt Acts

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about August 28, 2019, ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata requested firearms from an undercover agent.

On or about August 29, 2019, ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata and JESUS HUMBERTO LIMON-LOPEZ a/k/a Chubeto a/k/a Cazador a/k/a Noveno discussed payment arrangements with an undercover agent for the purchase of firearms.

On or about August 30, 2019, ALBERTO GUADALUPE CORONA-SALAZAR a/k/a Rata informed an undercover agent who would be transporting the firearms to Mexico.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

/ s /

FOREPERSON OF THE GRAND JURY
Date:  April 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/ s /

STEFANI K. HEPFORD
Assistant U.S. Attorney

*United States of America v. Jesus Humberto Limon-Lopez, et al*
*Superseding Indictment Page 8 of 8*